THE STATE EX REL. FIRSTENERGY/TOLEDO EDISON, APPELLANT,
*v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Firstenergy/Toledo Edison
v. Indus. Comm.* (2001), 93 Ohio St.3d 653.]

(No. 01–965—Submitted November 13, 2001—Decided December 19, 2001.)

The judgment of the court of appeals is affirmed consistent with the opinion of
the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., not participating.

---

*Roetzel & Andress, Robert E. Blackham, Timothy J. Webster* and *Jonathan A. Good,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Daniel M. Hall,* Assistant Attorney General, for appellee Industrial Commission.

*Pheils & Wisniewski* and *Michael D. Portnoy,* for appellee JoAnn Taylor.